# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153300 (25)

DEMAREO JAMINE ALLEN,

      Plaintiff-Appellant,

v

KINROSS CORRECTIONAL FACILITY
WARDEN,

      Defendant-Appellee.

_____

SC: 153300
COA: 330153

On order of the Chief Justice, plaintiff's motion for reconsideration of the order of April 19, 2016 is granted. Plaintiff, having paid an initial partial filing fee of $21.00, shall make monthly payments to the Department of Corrections in an amount of 50 percent of the deposits made to plaintiff's account until the payments equal the balance due of $354.00. This amount shall then be remitted to this Court.

Pursuant to MCL 600.2963(8) plaintiff shall not file further appeals in civil actions in this Court until the entry fee in this case is paid in full.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2016

jam



Clerk